■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT G. BEVINS, Appellant. [698 NYS2d 896] —Appeal by the defendant from a judgment of the County Court, Orange County (DeRosa, J.), rendered May 8, 1998, convicting him of operating a motor vehicle while under the influence of alcohol, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to

withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Santucci, J. P., Altman, Friedmann and H. Miller, JJ., concur.